**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

UNITED STATES OF AMERICA,

v.

CRIMINAL ACTION NO. 3:22CR00058

COURTNEY MICHELLE MCCOMAS

## <u>MEMORANDUM OPINION AND ORDER</u>

Pending is Defendant, Courtney Michelle McComas', Motion for Early Termination of Supervised Release, filed July 23, 2026.

**I.**

On March 6, 2023, following her guilty plea to distribution of a quantity of fentanyl, in violation of 21 U.S.C § 841(a)(1), Ms. McComas was sentenced to 24 months imprisonment, followed by a 3-year term of supervised release. [Doc. 49]. Ms. McComas began serving her term of supervision on July 2, 2024. She now moves for early termination of her supervised release inasmuch as she has maintained complete compliance with the terms and conditions that govern her supervised release, maintained continuous employment, returned to school, and remained sober.

Ms. McComas' Probation Officer notes that she has remained in complete compliance with the terms and conditions imposed by the Court, maintained sobriety, maintained employment, and has not acquired new criminal charges while on supervised release. She was also transferred to the low intensity supervision caseload given her consistent compliance. The

Probation Officer thus reports that Ms. McComas meets the criteria established by the Administrative Office of the United States Courts for early termination of supervised release.

## II.

Pursuant to 18 U.S.C. § 3583(e), a court may, after consideration of the applicable Section 3553(a) factors, "terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1); *see also United States v. Pregent*, 190 F.3d 279, 283 (4th Cir. 1999).

After careful consideration of the applicable Section 3553(a) factors and the information provided by Ms. McComas' Probation Officer, the Court concludes that early termination of Courtney Michelle McComas' supervised release is warranted. Ms. McComas has completed approximately 2 years of her supervised release term without incident and has demonstrated her dedication to maintaining a law-abiding lifestyle. The Court **FINDS** that Ms. McComas' conduct and the interests of justice support early termination of her supervised release.

## III.

Accordingly, the Court **GRANTS** Courtney Michelle McComas' motion and **TERMINATES** Ms. McComas' supervised release term.

The Clerk is directed to send a copy of this written opinion and order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

Dated:  7/30/26

THE HONORABLE ROBERT C. CHAMBERS

UNITED STATES DISTRICT JUDGE